FILED

02/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0453

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0453

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                                      O R D E R

SCOTT KELLY WALSH,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 1 2023